# IN THE SUPREME COURT OF THE STATE OF NEVADA

GRAVADY NEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CIRCUSTRIX, LLC, A UTAH LIMITED LIABILITY COMPANY,
Appellants,
vs.
JESUS MEJIA, AN INDIVIDUAL,
Respondent.

No. 84515

FILED

SEP 02 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Nadia Krall, District Judge
Thomas J. Tanksley, Settlement Judge
Wood, Smith, Henning & Berman, LLP/Las Vegas
Bighorn Law/Las Vegas
Injury Lawyers of Nevada
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-27621